AMELIA VREDENBURGH, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued May 5, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an

order made December 8, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Calvin Frost* for appellant.

*Irving Brown* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.